1  Helen L. Duncan (SBN 101661)
   Robert W. Fischer, Jr. (SBN 057001)
2  Joseph H. Park (SBN 175064)
   FULBRIGHT & JAWORSKI L.L.P.
3  555 South Figueroa Street, 41st Floor
   Los Angeles, California  90071
4  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
5  *Attorneys for Defendants Lehman Brothers Inc.
   and Lehman Commercial Paper, Inc.*
6
   THE SCRUGGS LAW FIRM, PA
7  Scruggs Law Firm
   120-A Courthouse Square
8  Oxford, MS 38655
   Tel:  (662) 281-1212
9  Fax:  (662) 281-1312

10 Elizabeth J. Cabraser (SBN 083151)
   LIEFF, CABRASER, HEIMANN &
11   BERNSTEIN, LLP
   Embarcadero Center West
12 275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
13 Tel:  (415) 956-1000
   Fax:  (415) 956-1008
14 *Attorneys for Representative and Class Plaintiffs*
   [Additional Counsel Listed on Signature Page]
15

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL and BARBARA AUSTIN, WALTER and HARRIET BERRINGER; GEORGE and JOSEPHINE JEROLEMON; individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>BRIAN CHISICK, LEHMAN COMMERCIAL PAPER, INC.; LEHMAN BROTHERS, INC.,<br><br>          Defendants. | CASE NO. SA CV 01-971 DOC<br><br>**JOINT STATEMENT IN RESPONSE TO THE COURT'S JUNE 6, 2008 ORDER RE PRELIMINARY APPROVAL OF SETTLEMENT; LODGING OF AMENDED NOTICE TO CLASS**<br><br>Date:    N/A<br>Place:   N/A<br>Judge:  Hon. David O. Carter |

The parties – Class Plaintiffs Michael and Barbara Austin, Walter and Harriet Berringer, and George and Josephine Jerolemon ("Class Plaintiffs") and Defendants Lehman Commercial Paper, Inc. and Lehman Brothers, Inc. (collectively "Lehman") – submit this joint statement pursuant to the Court's June 6, 2008 order (the "Order") directing the parties to meet and confer and to submit a joint statement addressing the Court's concerns regarding the following issues: "1) whether class members will be given the opportunity to opt out; and 2) whether class members should be given more time to object or to file claims forms." The parties have met and conferred regarding these two issues and provide the following joint statement as to these issues:

1. <u>Whether Class Members Can Opt Out.</u>

As the Court noted in the Order, a Class has already been certified in this action. (Order at 3.) Specifically, by order dated November 25, 2002, the Court certified the Class: "all persons who acquired mortgage loans from First Alliance from May 1, 1996 through March 31, 2000, which were used as collateral for First Alliance's warehouse credit line with Lehman Commercial Paper, Inc. or were securitized in transactions underwritten by Lehman Brothers, Inc." (Docket No. 181.) By order dated December 16, 2006, the Court approved an "Amended Form Of Notice To Class Members Of Pending Class Action," which provided notice to the Class that those who wished to opt out of the Class must do so by January 20, 2003. (Docket No. 246 at 5.) Thus, Class members already have had an opportunity to opt out of the Class.

In its June 6, 2008 Order, the Court determined that rejecting the settlement for failure to provide an opt-out procedure was "unwarranted," noting Class members "have previously been given an opportunity to opt out" and will have "the opportunity to formally object to the settlement." (Order at 6.) The Court also stated "the other factors weigh heavily in favor of overall fairness" and

observed "most of the issues in the case have been fully litigated, limiting the potential realm of recovery and the grounds for class members to opt out." *Id.*

The Court's findings support the parties' position that a second opportunity for Class members to opt out of the settlement is unwarranted under these circumstances.

2.  <u>Whether Class Members Should Be Given More Time To Object Or To File Claims Forms.</u>

Pursuant to the schedule set forth in the Court's June 6, 2008 Order, notice will be mailed to Class members by July 16, 2008. Class members will then have 45 days to object in writing to the settlement (by August 30, 2008) and will have 90 days to file an objection with the Court and send a copy to counsel (by October 14, 2008). Class members will also have 70 days from the mailing of the notice to file claims forms (by September 24, 2008). The final approval hearing is scheduled to take place on October 27, 2008. That schedule affords Class members ample opportunity to either object to the settlement or file claims forms. *See* Plaintiffs' preliminary approval motion (Docket No. 598) at 10-11; *cf. Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993) (approving notice sent 31 days before the deadline for objections and 45 days before the hearing).

Moreover, the Order directs Plaintiffs' Counsel to provide the claims administrator, CPT Group, Inc. ("CPT"), with updated names and contact information of Class members by June 26, 2008, and thereafter when Plaintiffs' Counsel become aware of changes to that information.[1] CPT will also update the information through the National Change of Address system. The claims administrator will trace all returned undeliverable notices and re-send to the most recent addresses available. Those procedures will help ensure that Class members

---

[1] As the Court noted in its Order, having already provided Notice to the Class twice in this action, CPT should have current information about Class members. (Order at 7.)

are able to exercise their rights under the settlement in a timely fashion. Therefore, additional time for Class members to object or file claims forms is unnecessary.

      3.    <u>Amended Notice To Class.</u>

Pursuant to the Court's Order, the parties submit an Amended Notice to the Class (attached hereto as Exhibit A) and an Amended Claim Form (attached hereto as Exhibit B) to reflect the Court's noted Objection Procedure and the Schedule for Final Approval.

Dated: June 20, 2008

Helen L. Duncan
Robert W. Fischer, Jr.
Joseph H. Park
FULBRIGHT & JAWORSKI, L.L.P.

/s/ Joseph H. Park
Joseph H. Park

*Attorneys for Defendants Lehman Brothers, Inc. and Lehman Commercial Paper, Inc.*

Dated: June 20, 2008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser

*Attorneys for Representative and Class Plaintiffs*

THE SCRUGGS LAW FIRM, PA
Scruggs Law Firm
120-A Courthouse Square
Oxford, MS 38655
Tel: (662) 281-1212
Fax: (662) 281-1312

*Lead Counsel for Class Plaintiffs*

Elizabeth J. Cabraser (SBN 083151)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

55246175.2

- 4 -

| | | |
|---|---|---|
| 1 | Don Barrett<br>Richard Barrett<br>Barrett Law Office<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095<br>Telephone: (662) 834-2376 | MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| 5 | Joseph C. Langston<br>John Fletcher Perry III<br>THE LANGSTON LAW FIRM, P.A.<br>100 South Main Street<br>P.O. Box 787<br>Bonneville, Mississippi 38839 | James A. Carroll<br>James L. Warren III<br>Myles A. Parker<br>J. Chadwick Mask<br>CARROLL, WARREN & PARKER<br>200 South Lamar Street, Suite 900 N<br>P.O. Box 1005<br>Jackson, MS 39201<br>Telephone: (601) 592-1010<br>Facsimile: (601) 592-6060 |
| 11 | Daniel J. Mulligan<br>JENKINS & MULLIGAN<br>660 Market Street<br>Third Floor<br>San Francisco, CA 94104<br>Telephone: (415) 982-8500<br>Facsimile: (415) 982-8515 | Sheila Canavan<br>LAW OFFICES OF SHEILA CANAVAN<br>1604 Solano Avenue<br>Berkeley, CA 94707<br>Telephone: (510) 558-7888<br>Facsimile: (510) 558-7889 |
| 15 | Susan Schneider Thomas<br>Elizabeth W. Fox<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-5707 | David B. Zlotnick<br>LAW OFFICE OF DAVID B. ZLOTNICK<br>1010 Second Avenue, Suite 1750<br>San Diego, CA 92101<br>Telephone: (619) 232-0331<br>Facsimile: (619) 232-4019 |